*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





★ ★ ★     ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00801-CV

**IN RE** Charles Edmund **STAGGS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
            Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  December 7, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On November 9, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006PB5000053L1, in the County Court at Law No. 1, Webb County, Texas, the Honorable Alvino Morales presiding.